# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00700-CV

**Bruce C. Ward, Appellant**

**v.**

**James Q. Halpern and Jane L. Halpern, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-08-003842, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss, explaining that they have settled their dispute. The parties ask that we dismiss the appeal, taxing costs against the party who incurred them, and that we issue mandate early. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2). Mandate will issue concurrent with this opinion.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Agreed Motion

Filed:   January 21, 2009